IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 21-252-1 |
| | : | |
| JUAN ZAZUETA-CASTRO | : | |

**ORDER**

AND NOW, this 11th day of July, 2023, it is ORDERED Ubel G. Velez, Esquire, from the CJA list of approved attorneys on file in the Clerk's Office is appointed to represent Defendant Zazueta-Castro nunc pro tunc from June 26, 2021.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J.